**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DENNIS DUBUC and CAROL DUBUC,

    Plaintiffs,

v.                                            Case No. 08-13727

GREEN OAK TOWNSHIP, et al.,

    Defendants.
_____/

**ORDER STRIKING PLAINTIFFS' "SUPPLEMENTAL BRIEF"**

Before the court is a "Supplemental Brief," filed by Plaintiffs Dennis and Carol Dubuc on May 8, 2009. Plaintiffs submitted the brief as a supplement to the motion for partial summary judgment that Plaintiffs filed on March 10, 2009.

Eastern District of Michigan Local Rules do not permit the filing of a "Supplemental Brief," except by permission of the court. *See* E.D. Mich. 7.1 (c)(1). A district court has discretion regarding which filings it will accept from a party. *Ross, Brovins & Oehmke, P.C. v. Lexis Nexis Group, a Division of Reed Elsevier Group, PLC*, 463 F.3d 478, 489 (6th Cir. 2006) ("The district court does not have to accept every filing submitted by a party.").

Plaintiffs have previously submitted the requisite filings in support of their motion for partial summary judgment and have unilaterally filed this additional brief in support of their motion. However, Plaintiffs have not sought permission of this court to do so, and the court is aware of no reason to believe that additional briefing might be necessary. Accordingly,

IT IS ORDERED that Plaintiffs' "Supplemental Brief" [Dkt. # 58] is STRICKEN.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 12, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522