UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS DUBUC and CAROL DUBUC,

    Plaintiffs,

v.                                                  Case No. 08-13727

GREEN OAK TOWNSHIP, et al.,

    Defendants.
                                             /

**ORDER REQUIRING STATEMENT OF SATISFACTION OF SANCTIONS**

On August 16, 2010, the court issued its Opinion and Order Imposing Sanctions upon Plaintiffs, Dennis DuBuc and Carol DuBuc, based on the inherent powers of the court, in the amount of $15,000 and upon Plaintiffs' principal counsel, Edward Christensen, under 28 USC § 1927, in the amount of $5,000. (Dkt. # 90.) On October 1, 2010, the court granted in part and denied in part Plaintiffs' and Christensen's Motion to Stay, in effect permitting a stay if Plaintiffs and Plaintiffs' counsel filed a supersedeas bond in the amount of the sanctions. (Dkt. # 97.) No bond appears on the docket of the court. On June 4, 2012, the court's order imposing sanctions was fully affirmed by the Sixth Circuit Court of Appeals. Finally, on November 27, 2012, the United States Supreme Court denied Plaintiff's and Plaintiffs' counsel's Petition for Certiorari.

Plaintiffs have repeatedly attracted judicially-imposed sanctions, some of which Plaintiffs apparently failed to pay. *See Dubuc v. Green Oak Tp.*, 609 N.W.2d 829 (Mich. 2000) (Corrigan, J., concurring) ("It appears from the extant records that plaintiff may

not have complied fully with previous orders imposing monetary sanctions."). The docket displays no sign of payment of the sanctions imposed on August 16, 2010. Accordingly,

    IT IS ORDERED that Defendant Green Oak Township, not later than **December 18, 2012**, file a memorandum explaining the status of Dennis DuBuc's, Carol DuBuc's, and Edward Christensen's satisfaction, if any, of the monetary sanctions judicially imposed in this case.

                            s/Robert H. Cleland
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

Dated: December 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2012, by electronic and/or ordinary mail.

                            s/Lisa Wagner
                            Case Manager and Deputy Clerk
                            (313) 234-5522